# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:11 CV 03

| | |
|---|---|
| KEN ALVEREZ, et al, | ) |
| Plaintiffs | ) |
| V | ) **ORDER** |
| JAMES ROBERT WARD, et al, | ) |
| Defendants | ) |

**THIS MATTER** is before the court on Robert Allen's Application for Admission to Practice *Pro Hac Vice* of Robert Philip Alpert. It appearing that Robert Philip Alpert is a member in good standing with the Georgia Bar and will be appearing with Robert Allen , a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Robert Allen's Application for Admission to Practice *Pro Hac Vice* (#13) of Robert Philip Alpert is **GRANTED**, and that Robert Philip Alpert is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Robert Allen.

Signed: May 11, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge