# United States District Court
# For The Western District of North Carolina
# Asheville Division

KEN ALVAREZ, et. Al.,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                              1:11cv03

JAMES ROBERT WARD, et al.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Memorandum of Decisi and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Memorandum of Decision and Order filed January 13, 2012.

                                              Signed: January 13, 2012

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court